UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRATED GLOBAL ENGINEERING & TECHNICAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER, UNITED STATES INTERNAL REVENUE SERVICE, <br><br> Defendant. | Civil No. 06-CV-1484-L(CAB) <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On July 24, 2006, plaintiff Integrated Global Engineering & Technical Services, Inc. filed a Complaint captioned as above. In an Order filed July 27, 2006, the Court noted that plaintiff, a corporation of some form, intended to prosecute this action *pro se*, *i.e.,* without counsel but could not do so. *See* Order filed July 27, 2006 [doc. #2]. The Court thus ordered plaintiff to obtain counsel in the event plaintiff desired to prosecute this action. Further, plaintiff was ordered that counsel would be required to file a notice of appearance within 30 days of the file-stamped date of the July 27, 2006 Order or the case would be dismissed without prejudice. *Id.*

. . .

. . .

. . .

. . .

1  Because plaintiff has not filed a timely notice of appearance of counsel and good cause
2  appearing, **IT IS ORDERED** dismissing the above-captioned case without prejudice.  **IT IS**
3  **FURTHER ORDERED** that the Clerk of the Court close this case..
4  **IT IS SO ORDERED**.

6  DATED:          September 5, 2006

   M. James Lorenz,
   United States District Court Judge

11  COPY TO:
12  HON. CATHY A. BENCIVENGO
    UNITED STATES MAGISTRATE JUDGE
13  ALL PARTIES/COUNSEL